FILED - USDC -NH
2024 NOV 6 PM 1:30

# United States District Court
# District of New Hampshire

Stephen D. Girard
_____
                 **Plaintiff**

              v.

NH Governor Sununu
_____
                 **Defendant(s)**

Civil Action No. _____
(To be provided by Clerk's Office)

**TO BE COMPLETED BY PLAINTIFF**
(Check One Only)
( ) DEMAND FOR JURY TRIAL
(☒) NO JURY TRIAL DEMAND

## COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C § 1983

I.    <u>Parties</u>

A. Please provide the following information for each plaintiff:

1. Name  Girard _____ Stephen _____ D _____
                (Last)              (First)              (Initial)

2. Place of Detention  NH State Prison for Men

3. Institutional Address  281 North State St
   Concord, NH 03301

4. Are you incarcerated pursuant to a pretrial detention order or are you a sentenced inmate?

        ☐ Pretrial Detention Order
        ☒ Sentenced Inmate

5. Date pretrial detention order was issued or sentence imposed  Aug 1st, 2018

B. Please provide the full name, current title and address known for each defendant:

1. Name _Sununu_____ _Chris_____ _____
               (Last)                          (First)                      (Initial)

2. Title _Governor of New Hampshire_____

3. Address _107 North Main St    #208_____

        _Concord, NH 03301_____

(If the complaint is being made against more than one defendant, please attach additional sheets listing the above information and allegations as follows.)

II.   <u>Statement of Claim</u>

For each claim, please include the following information on attached sheets:

1. State which of your federal constitutional or federal statutory rights have been violated.

2. State which defendant(s) have violated that particular right for each allegation.

3. State, with specificity, the facts and circumstances that gave rise to the violations or deprivations alleged.

4. State the harm or damage that resulted from the alleged violation or deprivation.

Allegation 1: _Please see attached (titled Girard vs State of NH)_

Supporting *Facts*:

State of New Hampshire          ]
                                ]    ss
County of _____     ]

_____, being first duly sworn, upon oath, presents that (s)he has read and subscribed to the foregoing complaint, and states that the information contained therein is true and correct to the best of his/her knowledge and belief.

Subscribed and sworn before me this _____ day of _____, 20____ ..

_____
Notary Public/Justice of the Peace

**O R**

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING INFORMATION IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.

11 - 4 - 24
_____          _____
DATE                               SIGNATURE

**JURY TRIAL DEMAND**

I demand a jury trial for all claims for which a jury trial is allowed.

YES ( )     NO (X)
(check one only)

Date: __11-4-24__          _____
                           Signature of Plaintiff