UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Stephen D. Girard

    v.                                     Case No. 24-cv-369-JL-TSM

Governor, State of NH

ORDER

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Talesha L. Saint-Marc dated November 12, 2024.

**SO ORDERED.**

_____
Joseph N. Laplante
United States District Judge

Date: December 19, 2024

cc:     Stephen D. Girard, pro se