UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Stephen D. Girard

    v.                                                      Case No. 24-cv-369-JL-TSM

Governor, NH, State of

ORDER

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Talesha L. Saint-Marc dated January 26, 2026.

_____
Joseph N. Laplante
United States District Judge

Date: March 4, 2026

cc: Stephen D. Girard, pro se